| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2004 | Report Required by the Ethics in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br>PAULEY III, WILLIAM H | 2. Court or Organization<br>SOUTHERN DISTRICT OF NEW YORK | 3. Date of Report<br>5/13/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>U.S. DISTRICT JUDGE (active) | 5. ReportType (check appropriate type)<br>○ Nomination, Date<br>○ Initial  ◉ Annual  ○ Final | 6. Reporting Period<br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br>UNITED STATES COURTHOUSE<br>500 PEARL STREET<br>NEW YORK, NEW YORK 10007-1581 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# L. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member of Board of Visitors | Duke University School of Law |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998 | Continuation of payments agreement with former law partner, Franklyn H. Snitow, and his law firm, Snitow Kanfer Holtzer & Millus, LLP. |

DISCLOSURE OFFICE FINANCIAL  2005 MAY 16 'P 2:44  RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | 2004 | Snitow & Pauley, a former law partnership winding-down its affairs (continuation of payments agreement described in Part II, line 1) | $63,043 |
| 2. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2004 | Self-Employed Licensed Real Estate Sales Person |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | Duke University School of Law | October 7-9, 2004. Law School Board of Visitors Meeting. (travel, food and lodging) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAULEY III, WILLIAM H | 5/13/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. COMMON STOCKS | | | | | | | | | |
| 2. EXXON/MOBIL | A | Dividend | J | T | | | | | |
| 3. AXA AMERICAN DEPOSITORY SHARES | A | Dividend | J | T | | | | | |
| 4. PRUDENTIAL FIN'L SRVS | A | Dividend | J | T | | | | | |
| 5. IBM | A | Dividend | J | T | | | | | |
| 6. | | | | | | | | | |
| 7. MUTUAL FUNDS | | | | | | | | | |
| 8. AIM SM CAP EQUITY FUND CL B | A | Dividend | K | T | | | | | |
| 9. ALGER FD BAL PORTFOLIO | A | Dividend | K | T | | | | | |
| 10. ALLIANCE DISCIPLINE VALUE CL B | A | Dividend | | | Conversion | 12/15 | | | |
| 11. ALLIANCE FOCUSED GROWTH INCOME CL B | A | Dividend | K | T | Conversion | 12/15 | K | | |
| 12. DAVIS NY VENTURE FUND CL B | A | Dividend | K | T | | | | | |
| 13. DRYDEN SHORT TERM CORP BOND FD CL B | A | Dividend | | | Sale/Exch | 12/29 | M | | |
| 14. DRYDEN TOTAL RETURN BOND FUND | A | Dividend | J | T | Buy/Exch | 12/29 | J | | |
| 15. DRYDEN SPEC MONEY MRKT FUND CL B | A | Dividend | M | T | Buy/Exch | 12/29 | M | | |
| 16. DRYDEN ACTIVE ALLOCATION FUND CL B | A | Dividend | K | T | Buy/Exch | 12/29 | K | | |
| 17. DRYDEN INTL EQTY FD CL B | A | Dividend | K | T | | | | | |
| 18. DRYDEN STOCK INDEX FUND CL B | A | Dividend | L | T | Partial Conv | 12/29 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| PAULEY III, WILLIAM H | 5/13/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19.  DRYDEN STOCK INDEX FUND CL A | A | Dividend | J | T | Conversion | 12/29 | J | | |
| 20.  DRYDEN SM CAP CORE EQTY FD CL B | A | Dividend | K | T | | | | | |
| 21.  FEDERATED WORLD INVT SRVS GLOBAL FIN'L SRVS CL B | A | Dividend | | | Conversion | 1/7 | J | | |
| 22.  FEDERATED INTERNATIONAL VALUE FUND CL B | A | Dividend | J | T | Conversion | 1/7 | J | | |
| 23.  GOLDMAN SACHS TRUST MID CAP EQUITY FUND CL B | A | Dividend | | | Conversion | 6/15 | | | |
| 24.  GOLDMAN SACHS MID CAP VALUE FUND CL B | A | Dividend | K | T | Conversion | 6/15 | | | |
| 25.  J. HANCOCK US GLOBAL LEADERS GROWTH CL B | A | Dividend | J | T | | | | | |
| 26.  J. HANCOCK US GLOBAL LEADERS GROWTH CL A | A | Dividend | J | T | | | | | |
| 27.  JENNISON NATURAL RESOURCES FUND CL A | A | Distribution | K | T | | | | | |
| 28.  JENNISON FIN SERVS FD CL B | A | Dividend | L | T | Partial Exch | 2/20 | K | | |
| 29.  JENNISON FIN SERVS FD CL A | A | Dividend | K | T | | | | | |
| 30.  JENNISON EQTY OPP CL A | A | Dividend | K | T | | | | | |
| 31.  JENNISON UTILITY FUND CL B | A | Dividend | K | T | | | | | |
| 32.  JENNISON SMALL CO FUND CL B | A | Dividend | K | T | Partial exch | 9/13 | | | |
| 33.  JENINSON SMALL CO. FUND CLASS A | A | Dividend | J | T | Exchange | 9/13 | J | | |
| 34.  STRATEGIC PARTNERS FOCUSED VALUE FUND CL B | A | Dividend | K | T | Partial Conv | 1/07 | J | | |
| 35.  STRATEGIC PARTNERS FOCUSED VALUE FUND CL A | A | Dividend | J | T | Conversion | 1/07 | J | | |
| 36.  PUTNAM HEALTH SCI TRUST CL B | A | Dividend | K | T | | | | | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000      P4 = More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
(See Column C2)      U = Book Value      V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| PAULEY III, WILLIAM H | 5/13/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 37. PUTNAM SM CAP CL B | A | Dividend | | | Exchange | 2/20 | K | | |
| 38. PUTNAM SM CAP VALUE CL A | A | Dividend | K | T | Exchange | 2/20 | K | | |
| 39. SELIG LASALLE DIVIDEND REAL ESTATE FUND CL B | A | Dividend | K | T | | | | | |
| 40. SELIG INCOME FUND CL B | A | Dividend | K | T | | | | | |
| 41. SELIG SM CAP VALUE FD CL B | A | Dividend | K | T | | | | | |
| 42. SELIG FRONTIER FUND CL B | A | Dividend | K | T | | | | | |
| 43. | | | | | | | | | |
| 44. ANNUITIES | | | | | | | | | |
| 45. DISCOVERY PLUS | B | Interest | L | T | | | | | |
| 46. | | | | | | | | | |
| 47. CASH AND CASH EQUIVALENTS | | | | | | | | | |
| 48. JP MORGAN CHASE | A | Interest | L | T | | | | | |
| 49. U.S. TREASURY BILLS | D | Interest | N | T | | | | | |
| 50. DREYFUS LIQUID ASSETS, INC. | A | Dividend | J | T | | | | | |
| 51. U.S. SAVINGS BONDS | A | Interest | J | T | | | | | |
| 52. AXA FIN'L LIFE INS (Cash Surrender Value) | A | Dividend | L | T | | | | | |
| 53. AXA FIN'L LIFE INS (Cash Surrender Value) | A | Dividend | K | T | | | | | |
| 54. PRU MONEY MARKET ACCOUNT | A | Interest | | | Conversion | 9/4 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAULEY III, WILLIAM H | 5/13/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. WACHOVIA MONEY MARKET ACCOUNT | A | Interest | J | T | Conversion | 9/4 | J | | |
| 56. PRU TAX FREE MONEY MARKET ACCOUNT | B | Interest | | | Conversion | 9/4 | K | | |
| 57. EVERGREEN MUNICIPAL MONEY MARKET FUND | A | Interest | K | T | Conversion | 9/4 | K | | |
| 58. NEW YORK STATE COLLEGE TUITION SAVINGS FUND PROGRAM | B | Interest | L | T | Buy | 12/22 | J | | |
| 59. | | | | | | | | | |
| 60. RETIREMENT ACCOUNTS | | | | | | | | | |
| 61. 401K PLAN - ING | A | Dividend | K | T | | | | | |
| 62. IRA SCUDDER | A | Interest | K | T | | | | | |
| 63. ALGER CAPITAL APPRECIATION FD CL B | A | Interest | J | T | | | | | |
| 64. JENNISON GROWTH CL A | A | Interest | J | T | | | | | |
| 65. JENNISON GROWTH CL B | A | Interest | J | T | | | | | |
| 66. JENNISON TECH FUND CL B | A | Interest | J | T | | | | | |
| 67. DAVIS NY VENTURE FUND CL A | A | Dividend | J | T | | | | | |
| 68. GOLDMAN SACHS TRUST FUND CAP GRWTH PORTFOLIO CL A | A | Dividend | J | T | | | | | |
| 69. JENNISON HLTH SCI FD CL A | A | Distribution | J | T | | | | | |
| 70. JENNISON HLTH SCI FD CL B | A | Distribution | J | T | | | | | |
| 71. STRATEGIC PARTNERS FOCUSED GROWTH FUND CL B | A | Distribution | J | T | | | | | |
| 72. STRATEGIC PARTNERS NEW ERA GRWTH FD CL B | A | Distribution | M | T | | | | | |

1. Income/Gain Codes: A =$1,000 or less   B =$1,001-$2,500   C =$2,501-$5,000   D =$5,001-$15,000   E =$15,001-$50,000
   (See Columns B1 and D4)   F =$50,001-$100,000   G =$100,001-$1,000,000   H1 =$1,000,001-$5,000,000   H2 =More than $5,000,000
2. Value Codes:   J =$15,000 or less   K =$15,001-$50,000   L =$50,001-$100,000   M =$100,001-$250,000
   (See Columns C1 and D3)   N =$250,000-$500,000   O =$500,001-$1,000,000   P1 =$1,000,001-$5,000,000   P2 =$5,000,001-$25,000,000
   P3 =$25,000,001-$50,000,000   P4 =$More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash/Market
       U = Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| PAULEY III, WILLIAM H | 5/13/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. SELIG COMM & INFO FD CL A | A | Distribution | J | T | | | | | |
| 74. COMMAND MONEY MKT FDS | B | Interest | K | T | Exchange | 03/10 | M | | |
| 75. U.S. THRIFT SAVINGS PLAN (GOVT SECURITIES FUND) | C | Interest | M | T | Exchange | 03/10 | M | | |
| 76. UTS GOV'T SEC EQUITY TRUST | | None | J | T | | | | | |
| 77. | | | | | | | | | |
| 78. | | | | | | | | | |
| 79. | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

None.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | PAULEY III, WILLIAM H | 5/13/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature  Date May 13 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544